103 A.3d 1293

**George STRZELCZYK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the order of the Commonwealth Court is **AFFIRMED.**